B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Miguel A Gomez / Viviana A Valencia**, Debtor(s)

Case No. **14-32612**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

### Property No. 1

**Creditor's Name:**
Bella Villa Las Palmas Condo Assoc

**Describe Property Securing Debt:**
Homestead Address: 2348 W 56th Street #12, Hialeah FL 33016-7055
Legal Description: BELLA VILLAS LAS PALMAS CONDO UNIT 12 BLDG 2348 UNDIV 0.025923 INT IN COMMON ELEMENTS OFF REC 20872-0069 OR 21212-1142 0403 1 COC 25875-3381 08 2007 5
- V

Property will be (check one):
■ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt    ■ Not claimed as exempt

### Property No. 2

**Creditor's Name:**
CitiMortgage, Inc.

**Describe Property Securing Debt:**
Homestead Address: 2348 W 56th Street #12, Hialeah FL 33016-7055
Legal Description: BELLA VILLAS LAS PALMAS CONDO UNIT 12 BLDG 2348 UNDIV 0.025923 INT IN COMMON ELEMENTS OFF REC 20872-0069 OR 21212-1142 0403 1 COC 25875-3381 08 2007 5
- V

Property will be (check one):
■ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                                            Page 2

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES           ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **February 24, 2015**                         Signature  **/s/ Miguel A Gomez**
                                                                                 **Miguel A Gomez**
                                                                                 Debtor

Date  **February 24, 2015**                         Signature  **/s/ Viviana A Valencia**
                                                                                 **Viviana A Valencia**
                                                                                 Joint Debtor